UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TANEISHA UPTEGROW, T.Y., <br><br>                          Plaintiffs, <br><br> -against- <br><br> THE ADMINISTRATION FOR CHILDREN'S SERVICES; CORPORATION COUNSEL, <br><br>                          Defendants. | 24-CV-2874 (LTS) <br><br> CIVIL JUDGMENT |

For the reasons stated in the September 9, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 9, 2024
         New York, New York

                                      /s/ Laura Taylor Swain
                                       LAURA TAYLOR SWAIN
                                   Chief United States District Judge